

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00156-CV

| | | |
|---|---|---|
| DAVID D. SCOTT AND MARY J. SCOTT, Appellants | § | On Appeal from |
| | § | County Court at Law No. 2 |
| V. | § | of Tarrant County (2014-001905-2) |
| ROBERT G. WEST, THYRA WEST, JUDITH C. CLARK, SALLIE CLINGMAN, GREGORY P. MILLER, GAYE MILLER, JONATHAN BAYLES, AND AMY BAYLES, | § | September 20, 2018 |
| Appellees | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM